**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7732**

───────────

ERNEST JUNIOR COLSTON,

                               Plaintiff - Appellant,

        versus

JOHN O'DONALD, Chief of Police for the City of
Gaffney; BARBARA BROWN, Nurse; ROCKY JONES,
Cherokee County Jail Administrator; BILL
BLANTON, Sheriff of Cherokee County,

                               Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Florence. Henry M. Herlong, Jr., District Judge.
(CA-00-803-4)

───────────

Submitted: February 21, 2002        Decided: March 5, 2002

───────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ernest Junior Colston, Appellant Pro Se.  William Benson Darwin,
Jr., Walter McElhaney White, HOLCOMBE, BOMAR, GUNN & BRADFORD,
P.A., Spartanburg, South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Junior Colston appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Colston v. O'Donald</u>, No. CA-00-803-4 (D.S.C. Aug. 28, 2001, Oct. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2